IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **JESUS ALBERTO NAJERA BUENOSAIRES,** §<br>  Petitioner, §<br> §<br> §  EP-26-CV-00173-DB<br>v. §<br> §<br> §<br>**MARY DE ANDA-YBARRA,** *Field Office* §<br>*Director of Enforcement and Removal* §<br>*Operations, El Paso Field Office,* §<br>*Immigration and Customs Enforcement, et* §<br>*al.,* §<br>  Respondents. § | |

## ORDER

On this day, the Court considered the above-captioned case. On Feburary 6, 2026, Respondents filed an "Advisory to the Court," ECF No. 5, advising Petitioner was provided a bond hearing on Feburary 4, 2026, where the immigration judge ordered release from custody under bond of $5,000.00," in compliance with this Court's order in ECF No. 4.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than Feburary 12, 2026.**

**SIGNED** this **9th** day of **Feburary 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE