**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JESUS ALBERTO NAJERA BUENOSAIRES,** | § | |
| **Petitioner,** | § | |
| | § | |
| | § | **EP-26-CV-00173-DB** |
| **v.** | § | |
| | § | |
| **MARY DE ANDA-YBARRA**, *Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement, et al.*, | § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the above-captioned case. On February 10, 2026, Petitioner Jesus Alberto Najera Buenosaires' counsel filed an advisory, ECF No. 7. Therein, counsel advises that "per the Court's order, Petitioner was granted a bond hearing that occurred on February 4, 2026. Petitioner has posted bond and has since been released from custody. No further action is required on this matter." *Id.* at 1. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **11th** day of **February 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**